# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL CASE NO. 5:18-cv-00165-MR

| | |
|---|---|
| TREVOR MOHAMMED, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KENNETH BEAVER, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court on Defendants' Motion to Extend Time to Respond to Plaintiff's Request for an Order to Access Legal Materials [Doc. 54] and Motion to Extend Dispositive Motions Deadlines [Doc. 56].

First, Defendants seek an extension of time within which to respond to Plaintiff's Motion for Access to Legal Materials [Doc. 52]. This Motion will be denied as moot because the Defendants' Response has now been filed [Doc. 55].[1]

Second, Defendants seek an extension of the deadline for filing dispositive motions. Defendants explain that the extension is needed due to

---

[1] The Court will address Plaintiff's Motion for Access to Legal Materials in a separate Order.

the large number of Defendants and claims in this case, counsel's other work demands, and difficulties presented by COVID-19, including a severely limited ability to communicate with NCDPS prison staff. The Motion will be granted for good cause shown.

**IT IS, THEREFORE, ORDERED** that:

1. Defendants' Motion to Extend Time to Respond to Plaintiff's Request for an Order to Access Legal Materials [Doc. 54] is **DENIED AS MOOT**.

2. Defendants' Motion to Extend Dispositive Motions Deadlines [Doc. 56] is **GRANTED**, and the parties shall have until **August 20, 2020** to file dispositive motions.

**IT IS SO ORDERED.**

Signed: June 8, 2020

Martin Reidinger
Chief United States District Judge

2

Case 5:18-cv-00165-MR   Document 57   Filed 06/08/20   Page 2 of 2