# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL CASE NO. 5:18-cv-00165-MR

| | |
|---|---|
| TREVOR MOHAMMED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KENNETH BEAVER, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Access to Legal Materials [Doc. 52].

In his Motion, the *pro se* incarcerated Plaintiff alleges that some legal materials have been kept from him continuously since May 2019. He argues that he needs these materials "for comparison with Defendants' responses and on-going proceedings." [Doc. 52 at 3]. Plaintiff alleges that he requested access to the materials but that they are being kept in prison storage at Tabor Correctional Institution where he resided at the time the Motion was filed.

Defendants filed a Response [Doc. 55] arguing that the vague request for access to legal materials is so broad as to be almost unenforceable and would likely result in further proceedings, and that Plaintiff has not adequately justified the reason for his request.

Plaintiff has filed a Reply [Doc. 59] in which he explains that he was transferred from Tabor C.I. to Piedmont C.I. on May 28, 2020, and that he "does not believe that he will be denied access to his legal materials at the Piedmont facility…." [Doc. 59 at 8]. Plaintiff explains that he will have to submit requests for access which could take a while to be approved, that his materials "are not as organized as he had them," and that he can only possess a very limited amount of materials, due to small lockers in his housing dormitory. [Doc. 59 at 8].

As Plaintiff no longer resides at the prison where the alleged denial of access to legal materials occurred and he does not anticipate an ongoing problem in that regard, the Motion will be denied as moot. The Court notes that an extension of the deadline for filing dispositive motions does not expire until August 20, 2020, so Plaintiff has ample time to request and organize whatever documents he seeks and prepare his dispositive motion, if any, by the August 20 deadline.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Access to Legal Materials [Doc. 52] is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

Signed: July 7, 2020

Martin Reidinger
Chief United States District Judge