# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| TREVOR MOHAMMED, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:18-cv-00165-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| KENNETH BEAVER, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2021 Memorandum of Decision and Order.

March 25, 2021

_____

Frank G. Johns, Clerk
United States District Court